# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JULIAN LOPEZ,

        Petitioner,         Case No. 05-C-999

        v.

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

        Respondent.

## OPINION AND ORDER

The Respondent has answered the Petitioner's Petition for a Writ of Habeas Corpus and denies that the Petitioner is entitled to relief. Because it appears that the issues raised can be resolved by a summary judgment procedure, the court ORDERS that, on or before November 30, 2005, the Respondent shall serve and file a brief in support of his position. The Petitioner shall serve and file a response on or before January 3, 2006. The Respondent may serve and file a reply on or before January 27, 2006.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 27th day of October, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge